UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN C. DOWNS,

    Plaintiff v.

CYCLEUROPE U.S.A., INC.,

    Defendant.

Case No.  21-cv-04795-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, March 7, 2022 at 2:00 p.m. |
| REFERRED FOR PRIVATE MEDIATION TO BE COMPLETED BY: | January 21, 2022 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with court approval for good cause by Motions under FRCP Rule 16(b)(4) |
| NON-EXPERT DISCOVERY CUTOFF: | February 18, 2022 |
| EXPERT DISCOVERY CUTOFF: | February 25, 2022 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | On 35 day notice. Filed March 11, 2022 |

    The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

    **IT IS SO ORDERED.**

Dated: October 18, 2021

_____
YVONNE GONZALEZ ROGERS
United States District Judge

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.