UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN C. DOWNS,**<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**CYCLEUROPE U.S.A., INC. DOING BUSINESS AS BIANCHI USA,**<br><br>　　　　Defendant. | CASE NO. 21-cv-04795-YGR<br><br>**ORDER STRIKING NOTICE OF VOLUNTARY DISMISSAL**<br><br>Re: Dkt. No. 25 |

　　　Plaintiff filed a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i).  (Dkt. No. 25.)  Pursuant to that rule, voluntary dismissal without a court order and without the stipulation of all parties who have appeared is only available "before the opposing party serves either an answer or a motion for summary judgment . . . ."  Defendant has served an amended answer (Dkt. No. 19.)  Plaintiff's notice of voluntary dismissal is accordingly **STRICKEN** as procedurally improper.

　　　If plaintiff wishes to dismiss the action, he may do so by filing a request pursuant to Rule 41(a)(2) or a stipulation joined by all parties who have appeared pursuant to Rule 41(a)(1)(A)(ii).

　　　**IT IS SO ORDERED.**

Dated: November 18, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**