**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
11/23/21

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kevin C. Downs,<br><br>              Plaintiff,<br><br>     v.<br><br>Cycleurope U.S.A., Inc.,<br><br>              Defendant. | Case No: 4:21-cv-04795-YGR |

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: November 19, 2021

| **GORDON REES SCULLY MANSUKHANI** | **SANDERS LAW GROUP** |
|---|---|
| By: /s/ Anthony D. Phillips<br>Anthony D. Phillips, Esq.<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>Tel: (415)-986-5900<br>Email: aphillips@grsm.com<br>*Attorneys for Defendant* | By: /s/ Craig B. Sanders<br>Craig B. Sanders, Esq.<br>100 Garden City Plaza, Suite 500<br>Garden City, NY 11530<br>Tel: (516) 203-7600<br>Email: csanders@sanderslaw.group<br>File No.: 122501<br>*Attorneys for Plaintiff* |